1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
9
10  UNITED STATES OF AMERICA,
11          Plaintiff,
12             v.                      CR. NO. S-08-566 LKK
13  RANDALL LEE RAHAL,
14          Defendant.
                                    /
15  UNITED STATES OF AMERICA,
16          Plaintiff,
17             v.                      CR. NO. S-09-034 LKK
18  ANTHONY RAY MANUEL,
19          Defendant.
                                    /
20  UNITED STATES OF AMERICA,
21          Plaintiff,
22             v.                      CR. NO. S-09-040 LKK
23  JAMES RICHARD WAHL, JR.,
24          Defendant.
                                    /
25
26  ////

```
 1  UNITED STATES OF AMERICA,
 2          Plaintiff,
 3              v.                          CR. NO. S-09-062 LKK
 4  JENNIFER LOU DAHLMAN,
 5          Defendant.
                                        /
 6  UNITED STATES OF AMERICA,
 7          Plaintiff,
 8              v.                          CR. NO. S-09-145 LKK
 9  ROBERT C. TURNER, JR.,
10          Defendant.
                                        /
11  UNITED STATES OF AMERICA,
12          Plaintiff,
13              v.                          CR. NO. S-09-351 LKK
14  JEFFREY SHERMAN BEASLEY,
15          Defendant.
                                        /
16  UNITED STATES OF AMERICA,
17          Plaintiff,
18              v.                          CR. NO. S-09-468 LKK
19  ALAN SCOTT HUEY,
20          Defendant.
                                        /
21  UNITED STATES OF AMERICA,
22          Plaintiff,
23              v.                          CR. NO. S-10-002 LKK
24  MICHAEL CHAVEZ,
25          Defendant.
                                        /
26
```

```
1  UNITED STATES OF AMERICA,
2          Plaintiff,
3             v.                        CR. NO. S-10-059 LKK
4  STEVEN JAMES KING,
5          Defendant.
                                    /
6  UNITED STATES OF AMERICA,
7          Plaintiff,
8             v.                        CR. NO. S-10-061 GEB
9  FREDERICK SCOTT SALYER,
                                        RELATED CASE ORDER
10         Defendant.
                                    /
11
```

12    The United States has filed a notice of related cases arguing
13 that United States of America v. Salyer, currently denominated No.
14 2:10-CR-0061-GEB, is related to nine other criminal cases presently
15 before the undersigned.  Examination of the above matters reveals
16 that they are related within the meaning of E.D. Cal. Local Rule
17 123 for the reasons set forth in the government's memorandum.

18    The parties should be aware that relating the cases under
19 Local Rule 123 merely has the result that the actions are assigned
20 to the same judge; no consolidation of the actions is effected.
21 Under the regular practice of this court, related cases are
22 generally assigned to the judge to whom the first filed action was
23 assigned.

24    IT IS THEREFORE ORDERED that the action denominated No. 2:10-
25 CR-0061-GEB is reassigned to Judge Lawrence K. Karlton for all
26 further proceedings.  Henceforth the caption on all documents filed

1 | in the reassigned case shall be shown as No. 2:10-CR-0061-LKK.
2 |     IT IS FURTHER ORDERED that the Clerk of the Court make
3 | appropriate adjustment in the assignment of criminal cases to
4 | compensate for this reassignment.
5 |     IT IS SO ORDERED.
6 |     DATED:  March 3, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT