UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

RE:   Alan Scott HUEY
Docket Number:   2:09CR00468-01
<u>REQUEST TO CONTINUE STATUS DATE</u>

Your Honor:

It is respectfully requested the status date currently scheduled for April 26, 2011, be continued for further status to October 25, 2011. All parties have been notified of the new date and were anticipating a continuance of this matter based upon the status of the primary related case.

Respectfully submitted,

/s/
**LINDA O. DILLON**
**United States Probation Officer**

**REVIEWED BY:**   /s/
**JEFFREY C. OESTREICHER**
**Supervising United States Probation Officer**

Dated:   April 22, 2011
Sacramento, California
LOD/sca

cc:   Matthew Dean Segal
Assistant United States Attorney

Cristina Claypoole Arguedas/Julie Salamon
Defense Counsel

1

Rev. 11/2009
MEMO ~ COURT.MRG

**RE:  Alan Scott HUEY**
**Docket Number:   2:09CR00468-01**
**REQUEST TO CONTINUE STATUS DATE**


AGREE:  ____✔_____        DISAGREE: _____

_____       <u>April 22, 2011</u>
**LAWRENCE K. KARLTON**                          DATE
Senior United States District Judge