Cristina C. Arguedas (CSB 87787)
Julie A. Salamon (CSB 214298)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Attorneys for Alan Huey*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. 2:09-CR-00468-01 (LKK) |
| ) | |
| Plaintiff,        ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING SENTENCING DATE** |
| v.        ) | |
| ) | |
| ALAN HUEY,        ) | |
| ) | |
| Defendant.        ) | |
| ) | |

## STIPULATION

The above matter is scheduled for judgment and sentencing on August 13, 2013.  Restitution matters crucial to Mr. Huey's case are still being litigated.  We are informed that those matters are expected to be resolved by January or February of 2014, and are asking for a lengthy continuance on that basis.  Therefore, the undersigned parties agree to a continuation of Mr. Huey's judgment and sentencing, and propose the following sentencing schedule to the Court:

| | |
|---|---|
| Judgment and Sentencing Date: | February 25, 2014 |
| Reply to Motion to Correct the Presentence Report | February 17, 2014 |

1

| | | |
|---|---|---|
| Motion to Correct the Presentence Report | | February 10, 2014 |
| Final Presentence Report filed and disclosed to counsel | | February 3, 2014 |
| Informal written objections to Presentence Report | | January 27, 2014 |

United States Probation Officer Scott Storey concurs with the proposed schedule.

Date: July 17, 2013        Signed:         /s/ Julie Salamon
                                            Julie A. Salamon
                                            Attorney for Alan Huey

Date: July 17, 2013        Signed:         /s/ Matthew Segal
                                            Matthew Segal
                                            Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Date: July 18, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2