Cristina C. Arguedas (CSB 87787)
Julie A. Salamon (CSB 214298)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Attorneys for Alan Huey*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-00468-01 (LKK) |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING SENTENCING DATE** |
| v. ) | |
| ) | |
| ALAN HUEY, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

Mr. Huey is scheduled for judgment and sentencing on February 25, 2014.  Due to scheduling issues, the undersigned parties and United States Probation Officer Scott Storey agree to a continuation of Mr. Huey's judgment and sentencing date, and propose the following sentencing schedule to the Court:

| | |
|---|---|
| Judgment and Sentencing Date | April 1, 2014 |
| Reply to Motion to Correct the Presentence Report | March 25, 2014 |
| Motion to Correct the Presentence Report | March 18, 2014 |
| Final Presentence Report filed and disclosed to counsel | March 11, 2014 |
| Informal written objections to Presentence Report | February 26, 2014 |

1

1   Mr. Huey understands that the Government will oppose any further continuances.

2

3   Date:  January 27, 2014     Signed:        /s/ Julie Salamon_____

4                                              Julie A. Salamon
                                             Attorney for Alan Huey
5

6
    Date:  January 27, 2014     Signed:        /s/ Matthew Segal_____
7                                              Matthew Segal
                                             Assistant United States Attorney
8

9                                    **ORDER**

10

11          IT IS SO ORDERED.

12

13
    Date:  January 28, 2014
14                              _____
15                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
16                              UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

         2