Cristina C. Arguedas (CSB 87787)
Julie A. Salamon (CSB 214298)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:  (510) 845-3000
Facsimile:   (510) 845-3003
*Attorneys for Alan Huey*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-CR-00468-01 (LKK) |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER CONTINUING SENTENCING DATE** |
| v. | ) ) | |
| ALAN HUEY, | ) ) | |
| Defendant. | ) ) | |

### STIPULATION

Mr. Huey is scheduled for judgment and sentencing on April 1, 2014. Due to scheduling issues, the judgment and sentencing hearing is CONTINUED to April 8, 2014 at 9:15 a.m.

Date: March 5, 2014   Signed:   _____/s/ Julie Salamon_____
                                           Julie A. Salamon

Date: March 5, 2014   Signed:   _____/s/ Matthew Segal_____
                                           Assistant U.S. Attorney Matthew Segal

### ORDER

IT IS SO ORDERED.

Date: _March 7, 2014   Signed:

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT