1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,

No.  No.  2:09-cr-0468 TLN

12

Plaintiff,

13

v.

ORDER SETTING STATUS CONFERENCE

14

ALAN SCOTT HUEY,

15

Defendant.

16

17    It has come to the court's attention that this matter was referred to the undersigned at the

18  time of sentencing for findings and recommendations regarding the appropriate amount of

19  restitution to be ordered.  (ECF Nos. 37 & 38 at 5.)

20    Accordingly, the matter is now scheduled for a status conference before the undersigned

21  on July 29, 2015, at 10:20 a.m.  The parties may appear at the status conference telephonically.

22  To arrange telephonic appearance, counsel shall contact Pete Buzo, the courtroom deputy of the

23  undersigned magistrate judge, at (916) 930-4128 at least 48 hours in advance of the hearing.  At

24  the status conference, counsel shall be prepared to discuss whether additional briefing on the

25  referred issue is necessary, a schedule for any such briefing, whether an evidentiary hearing is

26  necessary and anything else that will assist the court in addressing the issue referred.[1]  The parties

27

28  [1]  The defendant's appearance is unnecessary for this purpose.

1

1  may elect to file brief status reports addressing these matters by July 24, 2015, but are not

2  required to do so.

3       IT IS SO ORDERED.

4  Dated:  June 30, 2015

5

6  _____
   DALE A. DROZD

7  UNITED STATES MAGISTRATE JUDGE

DAD1.crim
8  huey09cr0468.o.status

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2